■ June Gould, Respondent, v James A. Gould, as Executor of Edward Gould, Deceased, Appellant. [761 NYS2d 891] —Appeal from a judgment of Supreme Court, Chautauqua County (Martoche, J.), entered May 17, 2002, which, inter alia, equitably distributed the marital property.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Chautauqua County, Martoche, J. Present—Green, J.P., Wisner, Scudder, Kehoe and Burns, JJ.